## YOUNG v. GILL.

No. 8879.

United States Court of Appeals District of Columbia.

Argued May 28, 1945.

Decided June 18, 1945.

Mr. Vivian O. Hill, of Washington, D. C. (appointed by this Court), for appellant.

Mr. John C. Conliff, Jr., Assistant United States Attorney, of Washington, D. C., appeared for appellee. Messrs. Edward M. Curran, United States Attorney, and Charles B. Murray, Assistant United States Attorney, both of Washington, D. C., also entered appearances for appellee.

Before GRONER, Chief Justice, and EDGERTON and ARNOLD, Associate Justices.

PER CURIAM.

■ Appellant was convicted of grand larceny in 1943, and sentenced for a period of one to three years. He forwarded a petition for a writ of habeas corpus to the District Court in June, 1944. The petition contains a general denial of the theft, allegations of inconsistencies in the proof and insufficiency of evidence on which to sustain the conviction.

The District Judge denied petitioner leave to file the petition without prepayment of costs because the petition alleged "no grounds reviewable by Habeas Corpus Proceedings." However, the petitioner was granted leave, by another judge, to proceed in forma pauperis on appeal.

The order of the District Court must be affirmed. "When a petition is presented to a judge with a request for leave to file it, the judge may, if the petitioner is not entitled to a writ, deny leave to file it."[1] Nothing contained in appellant's petition would support the issuance of the writ. Each of the contentions was reviewable only on appeal.

Affirmed.

[1] Dorsey v. Gill, 1945, —— U.S.App.D.C. ——, 148 F.2d 857, 865; Ex parte Quirin, 317 U.S. 1, 24, 63 S.Ct. 2, 87 L.Ed. 3; 28 U.S.C. §§ 832, 835.